# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Vilsmeyer*, 7:20cv113 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 3

This Order addresses Defendants' objections and counter-designations to Plaintiff's affirmative deposition designations and Plaintiff's objections to Defendants' counter-designations thereto for the following witness depositions:

1. Skarda Craft, Jami (11/23/2021)

2. Vandersluis, Michele (11/17/2021)

3. Vilsmeyer, Christina (11/19/2021)

**SO ORDERED** this 6th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**