UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Vilsmeyer*, 7:20cv113 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

# DEPOSITION DESIGNATIONS ORDER NO. 5

This Order addresses Plaintiff's objections and counter-designations to Defendants' affirmative deposition designations and Defendants' objections to Plaintiff's counter-designations thereto for the following witness depositions:

1. Schaefer, Lynne (11/9/2021)

2. Skarda Craft, Jami (11/23/2021)

3. Vandersluis, Michele (11/17/2021)

4. Vilsmeyer, Christina (11/19/2021)

**SO ORDERED** this 11th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**