# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Vilsmeyer*, 7:20cv113 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## EXHIBITS ORDER NO. 2

This Order addresses Plaintiff's objections to exhibits identified on Defendants' first priority exhibit list dated February 15, 2022. The Court's rulings are set forth and highlighted in the attached Exhibit A.

**SO ORDERED** this 11th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**