## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| LUKE VILSMEYER,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY;<br>3M OCCUPATIONAL SAFETY<br>LLC; AEARO HOLDING LLC;<br>AEARO INTERMEDIATE LLC;<br>AEARO LLC; and<br>AEARO TECHNOLOGIES LLC,<br><br>    Defendants. | Case No. 7:20cv113-MCR-GRJ |

## VERDICT FORM

We, the Jury, in the above entitled and numbered case, unanimously

find as follows on Plaintiff Luke Vilsmeyer's claims, based on the Court's

instructions on the law and evidence:

1

## Section I.  Plaintiff's Claims:

(1)  Strict Liability — Design Defect

✓ Proven        ___Not Proven

(2)  Strict Liability — Failure to Warn and/or Instruct

✓ Proven        ___Not Proven

(3)  Negligent Failure to Warn and/or Instruct After Manufacture

✓ Proven        ___Not Proven

(4)  Fraudulent Misrepresentation

___Proven        ✓ Not Proven

(5)  Fraudulent Concealment

___Proven        ✓ Not Proven

*If you have found any claim proven [claims (1), (2) and (3) by a preponderance of the evidence and claims (4) and (5) by clear, cogent, and convincing evidence], continue to Section II on the next page, where you should decide the total amount of Compensatory Damages, if any.*

*If you have not found any claim above proven, your work is complete; skip Section II and have the Foreperson sign and date the Verdict Form on the next page.*

Section II.   Compensatory Damages:

If you have found in favor of Mr. Vilsmeyer on any of his claims, state the total damages, if any, you find for: past and future noneconomic damages including pain and suffering (mental and physical), disability, and loss of enjoyment of life.

$ ___50,000,000.⁰⁰___

*Once you have answered this question, your deliberations are complete, and the Foreperson should sign and date this Verdict Form.*

SO SAY WE ALL, this _25ᵗʰ_ day of March, 2022.

REDACTED

_____

Foreperson's Signature