# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Vilsmeyer*, 7:20cv113 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on: __May 13, 2022__

Motion/Pleadings: __Plaintiff's Consent Motion to Extend Time to Submit Bill of Costs Through Appeal__

Filed by: __Plaintiff__   on __May 13, 2022__   ECF. # __147__

| | Stipulated | | Joint Pleading |
|---|---|---|---|
| | Unopposed | __X__ | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Donna Bajzik*
Deputy Clerk:   Donna Bajzik

On consideration, the motion is **GRANTED, as requested**. Plaintiff's bill of costs is due 14 days after the conclusion of any appeal from the final judgment.

**DONE** and **ORDERED** this 17th day of May, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**